In the Matter of the Estate of HOWARD WILLIAMS, an Incompetent Person.— Motion granted. Order appealed from modified by striking out any allowance for services to the attorney for the committee, and as so modified affirmed, without

costs. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ. [See 245 App. Div. 505.]